COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re Ernest Ray Koonce, Relator

Appellate case number:     01-15-00440-CV & 01-15-00228-CV

Trial court case number:   2010-64752

Trial court:               127th Judicial District Court of Harris County

On June 11, 2015, this Court's Order directed relator, Ernest Ray Koonce, to pay the $145 filing fee for his petition for a writ of mandamus, and requested a response to the petition by the real party in interest, which was filed on July 13, 2015, by Wells Fargo Bank, N.A., as Trustee Under the Pooling and Servicing Agreement Dated as of April 1, 2005, Asset Back Pass-Through Certificates, Series 2005-WHQ2 ("Wells Fargo"). Also on July 13, 2015, Wells Fargo filed its Unopposed Motion to Consolidate Cases, seeking to consolidate the interlocutory appeal with this mandamus petition because these cases involve the exact same issues and parties. Thus, Wells Fargo requests that, for simplicity purposes, any portions of the records filed and fees paid in the interlocutory appellate cause number 01-15-00228-CV should be carried over to the mandamus appellate cause number 01-15-00440-CV.

On July 21, 2015, relator filed a letter, dated July 3, 2015, in 01-15-00440-CV, stating that he had enclosed a $145 check for the filing fee for that case, and attaching a letter, dated June 26, 2015, he sent to the trial clerk enclosing the $65 fee for preparing the clerk's record to be filed in 01-15-00228-CV. On July 21, 2015, the Clerk of this Court sent relator a letter confirming receipt of the $145 filing fee for 01-15-00440-CV.

Accordingly, for purposes of the record and fees, Wells Fargo's motion to consolidate is **DISMISSED** as moot because relator has already paid the fee for both cases, the mandamus record has been filed in 01-15-00440-CV, the clerk's record has been paid for and requested to be filed in 01-15-00228-CV, and Wells Fargo has already submitted briefing in both cases.

In addition, the reply by the relator, if any, to Wells Fargo's response to his mandamus petition in 01-15-00440-CV, which may be combined in one brief in response to Wells Fargo's motion to dismiss in 01-15-00228-CV, if any, must be filed within **30 days** of the date of this Order. *See* TEX. R. APP. P. 2, 38.6(c), 52.5. To the extent necessary, relator's reply/response may refer to the reporter's record filed in 01-15-00228-CV or to documents in the mandamus record filed in 01-15-00440-CV. If relator fails to timely file a reply/response, this Court may consider and decide his mandamus petition together with his interlocutory appeal without his reply/response.

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
☒ Acting individually   ☐ Acting for the Court

Date: July 28, 2015